IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM PAUL JENSEN,

    Plaintiff,                    No. CIV S-05-1022 LKK GGH P

    vs.

JAMES A. YATES, Warden, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] In his complaint,[2] plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

        Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

[2] This case was opened in error by the Clerk of the Court as an application pursuant to 28 U.S.C. § 2254 because plaintiff confusingly used both a petition form, inexplicably directed to the state supreme court, as well as a civil rights complaint form, directed to the federal court, in filing this action.

1

1 division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2 court.
3       Good cause appearing, IT IS HEREBY ORDERED that:
4     1. The Clerk of the Court is to designate this action as one brought pursuant to 42
5 U.S.C. § 1983;
6     2. This action is transferred to the United States District Court for the Eastern
7 District of California sitting in Fresno; and
8     3. All future filings shall reference the new Fresno case number assigned and
9 shall be filed at:

United States District Court
Eastern District of California
1130 "O" Street
Fresno, CA 93721

13 DATED: 6/17/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

17 GGH:009/bb
jens1022.22fn

2